**Talia Y. Stoessel, OSB No. 115271**
Bennett, Hartman, Morris & Kaplan, LLP
210 S.W. Morrison Street, Suite 500
Portland, Oregon 97204-3149
Telephone: (503) 227-4600
Facsimile: (503) 248-6800
stoesselt@bennetthartman.com

      Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| **RACHEL CALABRESE** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:15-cv-02059-MO |
| | ) | |
| vs. | ) | **PLAINTIFF'S NOTICE OF** |
| | ) | **VOLUNTARY DISMISSAL** |
| **SEARS ROEBUCK & CO.,** a New York | ) | **WITHOUT PREJUDICE** |
| corporation authorized to do business in | ) | |
| Oregon, **SEARS HOLDINGS** | ) | |
| **CORPORATION,** a Delaware corporation, | ) | |
| and **AIMEE DARDIS,** individual, | ) | |
| | ) | |
| Defendants. | ) | |

      Plaintiff declares:

1.

      Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby voluntarily dismisses all claims in the present suit against all Defendants, without prejudice.

2.

      In accordance with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i), Defendant has served neither an Answer nor a Motion for Summary Judgment in the present case.

3.

In accordance with the requirements of Fed. R. Civ. P. 41(a)(1)(B), Plaintiff has not previously dismissed any federal or state-court action based on or including any of the same claims as in the present case.

DATED this 1st day of February, 2016.

*s/ Talia Y. Stoessel*

_____
TALIA Y. STOESSEL, OSB No. 115271
Of Attorneys for Plaintiff